**Loan Level Record For Ginnie Mae Loan Search**

**LOAN LEVEL RECORDS OF LOAN(S) FOUND**

| | LOAN LEVEL MONTH FOUND (YYYYMM) | BORROWER LAST NAME | BORROWER FIRST NAME | POOL NUMBER | POOL ISSUE DATE (YYYYMM) | BORROWERS FIRST PAYMENT (YYYYMM) | ISSUER NUMBER | LOAN TYPE | POOL TYPE | CASE NUMBER | LOAN NUMBER | STREET | CITY | STATE | ZIP | MORTGAGE RATE | FIC | OPB | RPB | LAST PAYMENT DATE (YYYYMM) | MATCH KEY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | 201307 | BUCY | SCOTT BUCY | 704063 | 200812 | 200812 | 4017 | F | SF | ■■■ | ■■■ | 2144 TALL TIMBERS C | COLUMBUS | OH | 43228 | 6.50 | $ 1,179.05 | $ 186,538.00 | $ 175,233.91 | 201307 | MA |
| 1b | Active | BUCY | SCOTT | AG0082 | 201309 | 201310 | 4094 | 1 | SF | ■■■ | ■■■ | 2144 TALL TIMBERS C | Columbus | OH | 43228 | 4.75 | $ 924.09 | $ 177,149.00 | $ 171,302.02 | 201510 | MA |

**Loan Search for Ginnie Mae Request: Liquidation Detail(s) Found**

| | LIQUIDATION DATE (YYYYMM) | REASON FOR LIQUIDATION | POOL NUMBER | | | ISSUER NUMBER | LOAN TYPE | | CASE NUMBER | DOCUMENT RELEASE DATE (YYYYMMDD) | | PAYMENT DUE DATE (MMDDYYYY) | | MORTGAGE RATE | FIC | LIQUIDATED PRINCIPAL | INTEREST DUE | PRINCIPAL DUE | LIQUIDATED SECURITY DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | 201308 | 1=Payoff | 704063 | | | 4017 | F | | ■■■ | 20130819 | | 7/1/2013 | | 6.50 | $ 1,179.05 | $ 175,233.91 | $ 1,897.12 | $ 460.98 | $ 174,772.93 |
| 1b | Active | | | | | | | | | | | | | | | | | | |

EXHIBIT B